**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2012

**BY FACSIMILE**

Honorable Joan M. Azrack
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Room 605N
Brooklyn, New York 11201

> Re: In the Matter of the Search of the Premises Known and Described as (1) Ali Reza Ebrahimi's Office at Room D-22 of the Academic Village of the State University of New York, Old Westbury College, Old Westbury, New York 11568; and (2) Ali Reza Ebrahimi's Residence at 51 Jackson Avenue, Second Floor, Mineola, New York 11510, and Any Closed Containers Found Therein,
> 09-470 MJ (E.D.N.Y.)

Dear Judge Azrack,

On or about March 11, 2009, the Court issued a warrant to search premises in the above-referenced matter. We write to respectfully request that the search warrant application, search warrant, and return in this matter be unsealed. The warrant has been executed and the return has been filed. We seek to unseal the application, warrant, and return so that they can be provided to parties in a civil forfeiture action captioned *In re 650 Fifth Avenue and Related Properties*, 08 Civ. 10934 (KBF) (S.D.N.Y.).

SO ORDERED

/s/ PSA

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/ Michael D. Lockard
Michael D. Lockard
Assistant United States Attorney
(212) 637-2193

TOTAL P.002